Date Signed:
August 22, 2017



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| In re | Case No.: 17-00245 |
|---|---|
| M.P.I. Ltd. Trust, | Chapter 12 |
| Debtor. | Re: Docket No. 46 |

ORDER DISMISSING CASE

Pursuant to the memorandum decision entered on August 17, 2017, it is hereby ordered that this chapter 12 case is DISMISSED.

END OF ORDER

MPI dismissal ord.wpd